**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN F. PATTERSON,                          No. C-05-4377 MMC

12          Plaintiff,                         **ORDER OF REFERRAL**

13     v.

14 JO ANNE B. BARNHART,

15          Defendant
   _____/

16

17     In the above-titled action for judicial review of a decision by the Commissioner of

18 Social Security, plaintiff states, in his application to proceed in forma pauperis, that the

19 instant action raises claims that were previously presented in Patterson v. Barnhart,

20 C-01-04076 VRW.

21     Accordingly, the instant action is hereby REFERRED, pursuant to Civil Local Rule

22 3-12(c), to the Honorable Vaughn R. Walker for consideration of whether the instant action

23 is related to Patterson v. Barnhart, C-01-04076 VRW.

24     **IT IS SO ORDERED.**

25 Dated: November 1, 2005

   MAXINE M. CHESNEY
   United States District Judge

26
27
28